UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-4864-CAS(JTLx) | Date | June 9, 2009 |
|---|---|---|---|
| Title | *ELEKTRA ENTERTAINMENT GROUP, INC.; ET AL. v. JOHN DOE* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)

**IT IS HEREBY ORDERED** that **PLAINTIFFS** show cause in writing not later than **June 24, 2009** why this action should not be dismissed for lack of prosecution as to **defendant JOHN DOE.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiffs are advised that the Court will consider the following:

**1)**   A proof of service of summons and complaint on **defendant JOHN DOE**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |